**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-6675**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MARGARET DIKE DUREKE,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (1:92-cr-00013-JCC-2)

Submitted: August 21, 2006      Decided: September 12, 2006

Before NIEMEYER, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Thomas Crane Carter, Alexandria, Virginia, Marc David Schifanelli, Annapolis, Maryland, for Appellant.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Margaret Dike Dureke appeals the district court's order denying her motion for writ of error coram nobis. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Dureke, No. 1:92-cr-00013-JCC-2 (E.D. Va. Feb. 27, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED